

RECEIVED

JAN 07 2022

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Theressa Burns,

Case No: 0:21-cv-02549

       Plaintiff,

**AMENDED**
v.
**MEMORANDUM OF LAW**

Department of Veterans Affairs
and the Minneapolis Veterans
Affairs Medical Center; Secretary,
Denis McDonough; Patrick Kelly;
Michael Armstrong; Brian Taylor
and Mandyleigh Smoot;

       Defendants.

       The factual basis for this Memorandum is set forth in the Notice of Dismissal hereby respectfully incorporated by reference; The law for the Notice of Dismissal includes the Federal Rules of Civil Procedure and surrounding authority Rule 4.1(a) 1A(i) provided that the Plaintiff may dismiss an action without a court order by filing a notice of dismissal. Also, cases such as SEMPEC International, Inc. v. Lockhead Martin Corp., 531 U.S. 497, 505; 149 L.Ed.2d 32 (2001) reflect applicable law. This rule states that "the Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." It is respectfully submitted to this Court that the Rule also states at (B) that dismissal is deemed without prejudice.

Dated: ___1/7/22___

_Richard A. Saliterman_
Richard A. Saliterman
Attorney for Plaintiff

SALITERMAN & SIEFFERMAN, P.C.
ATTORNEYS AT LAW
Canadian Pacific Plaza Building
Suite 2320
120 South Sixth Street
Minneapolis, Minnesota 55402
612.339.1400 (Direct)
612.349.2908 (Fax)
Email: rsaliterman@saliterman-law.com